United States District Court
Southern District of Texas
**ENTERED**
April 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRICIA BENTLEY, | § | |
| | § | CIVIL ACTION NO. 4:19-CV-4235 |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY, | § | |
| | § | |
| *Defendant*. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court was advised by counsel for Tricia Bentley ("Plaintiff") and Harris County ("Defendant"), collectively ("the Parties") that the matters in issue in the above-entitled action have been resolved and that Plaintiff no longer wishes to prosecute her claims in this lawsuit. It is hereby ORDERED, ADJUDGED, AND DECREED that the above-entitled and numbered action, and all claims that were or could have been raised herein, are DISMISSED WITH PREJUDICE to the re-filing of same in any form.  The Parties will each bear their own attorneys' fees and costs.

SIGNED this 15th day of _____April_____, 2021.

_____
PRESIDING JUDGE